# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7112**

**September Term, 2025**

**1:23-cv-03198-RCL**

**Filed On:** July 23, 2026

Awoke Gebretsadike,

        Appellant

    v.

District of Columbia, a Municipal Corporation,
et al.,

        Appellees


## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Pillard, Katsas, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and appellant's motions to appoint counsel, it is

**ORDERED** that the motions to appoint counsel be denied. In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order entered July 3, 2024, granting the appellees' motion to dismiss or for partial summary judgment be affirmed. Appellant has not adequately asserted any challenge to the district court's order and has therefore forfeited any such challenge. See U.S. ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) ("Ordinarily, arguments that parties do not make on appeal are deemed to have been waived."); Schneider v. Kissinger, 412 F.3d 190, 200 n.1 (D.C. Cir. 2005) (arguments are forfeited if they are raised only "in the most skeletal way") (citation omitted); see also Davis v. Pension Ben. Guar. Corp., 734 F.3d 1161, 1167 (D.C. Cir. 2013) (arguments presented in district court may not be incorporated by reference in briefs on appeal); U.S. ex rel. Davis v. D.C., 793 F.3d 120, 127 (D.C. Cir. 2015) (arguments are forfeited if not raised in briefs).

_____

**No. 24-7112**                                    **September Term, 2025**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**